IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-00896 BnB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 1 - 2007

GREGORY C. LANGHAM
CLERK

DON LEE MARTIN,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
ARISTEDES W. ZAVARAS,
BACKGATE SGT. FREED [,] FREMONT CORRECTIONAL, and
TRANSPORT OFFICERS [,] FREMONT CORRECTIONAL,

    Defendants.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915, and a Prisoner Complaint. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   ___   is not submitted
(2)   ___   is missing affidavit

(3)  _X_   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (<u>Account statement submitted is not certified by a prison official</u>.)
(4)  ___   is missing required financial information
(5)  ___   is missing an original signature by the prisoner
(6)  ___   is not on proper form (must use the court's current form)
(7)  ___   names in caption do not match names in caption of complaint, petition or habeas application
(8)  ___   An original and a copy have not been received by the court. Only an original has been received.
(9)  ___   other _____

**Complaint, Petition or Application:**
(10) ___   is not submitted
(11) ___   is not on proper form (must use the court's current form)
(12) ___   is missing an original signature by the prisoner
(13) ___   is missing page nos. ___
(14) ___   uses et al. instead of listing all parties in caption
(15) ___   An original and a copy have not been received by the court. Only an original has been received.
(16) ___   Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___   names in caption do not match names in text
(18) ___   other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 30th day of April, 2007.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. **07 - CV - 00896**

Don Lee Martin
Doc# 113936
304 Ray Sandoval Rd
WalsenBurg, CO 81089

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  5-1-07

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk